UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-21081-GAYLES/Otazo-Reyes

MONICA BROWN-HALL,

      Plaintiff(s),

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

      Defendant(s).    /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Monica Brown-Hall, and Defendant, Metropolitan Life Insurance Company, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

| | |
|---|---|
| Dated: July 31, 2017 | Dated: July 31, 2017 |
| By: */s/ Alexander Palamara* | By */s/ Stephanie A. Segalini* |
| ALEXANDER PALAMARA, ESQ. | STEPHANIE A. SEGALINI, ESQ. |
| Fla. Bar No. 0037170 | Fla. Bar No. 096230 |
| DELL AND SCHAEFER CHARTERED | HINSHAW & CULBERTSON LLP |
| Counsel for Plaintiff | Counsel for the Defendant |
| 2404 Hollywood Boulevard | 100 South Ashley Drive, Suite 500 |
| Hollywood, FL 33020 | Tampa, FL 33602 |
| T(954) 620-8300 | T(813) 276-1662 |
| F(954) 922-6864 | F(813) 276-1956 |
| Email Alex@diattorney.com | Email ssegalini@hinshawlaw.com |