UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:17-CV-21081-DPG

MONICA BROWN-HALL

    Plaintiff,

vs.

METROPOLITAN LIFE
INSURANCE COMPANY

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, MONICA BROWN-HALL, and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by and through their undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 22nd day of August, 2017.

| | |
|---|---|
| *s/ Alexander A. Palamara* | *s/ Stephanie A. Segalini* |
| Alexander A. Palamara, Esq. | Stephanie A. Segalini, Esquire |
| Florida Bar No. 0037170 | Florida Bar No. 092630 |
| Attorneys Dell And Schaefer, Chartered | Hinshaw & Culbertson LLP |
| 2404 Hollywood Boulevard | 100 South Ashley Drive, Suite 500 |
| Hollywood, FL 33020 | Tampa, FL 33602 |
| Telephone: (954) 620-8300 | Telephone: (813) 276-1662 |
| Facsimile: (954) 922-6864 | Facsimile: (813) 276-1956 |
| Email: alex@diattorney.com | Email: ssegalini@hinshawlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of August, 2017, I filed the foregoing document with the Clerk of the Court.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronic Notices of Filing.

                                           *s/ Stephanie A. Segalini*
                                                Stephanie A. Segalini
                                                Florida Bar No. 092630

## SERVICE LIST

Counsel for Plaintiff:
Alexander A. Palamara, Esq.
Florida Bar No. 0037170
Attorneys Dell And Schaefer, Chartered
2404 Hollywood Boulevard
Hollywood, FL 33020
Telephone:  (954) 620-8300
Facsimle:   (954) 922-6864
Email: alex@diattorney.com
*Attorneys for Plaintiff*

Counsel for Defendant
Stephanie A. Segalini, Esq.
HINSHAW & CULBERTSON LLP
100 South Ashley Drive
Suite 500
Tampa, Fl 33602
Telephone: (813) 276-1662
Facsimile:  (813) 276-1956
E-Mail:  ssegalini@hinshawlaw.com

300313396v1 0997172